IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA A. MUNOZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-0076 |
| | § | |
| HSBC BANK USA, N.A., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

As stated on the record at this court's May 28, 2013 hearing, Maria A. Munoz's claims were dismissed with prejudice. This suit is dismissed.

SIGNED on May 29, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge